| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Sonavation, Inc** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-4493572** |
| 4. | Debtor's address | **Principal place of business**<br><br>**801 US Highway One**<br>**North Palm Beach, FL 33408**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **N/A** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Sonavation, Inc**_____   Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3341__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Sonavation, Inc**                                   Case number (*if known*)
  Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000        ☐ 25,001-50,000
■ 50-99               ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor **Sonavation, Inc** Case number (*if known*)
Name

☐ $50,001 - $100,000             ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Sonavation, Inc**     Case number (*if known*) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 22, 2023**
                  MM / DD / YYYY

**X** **/s/ Lisa Rhoads**            **Lisa Rhoads**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Paul N. Mascia**        Date **May 22, 2023**
Signature of attorney for debtor               MM / DD / YYYY

**Paul N. Mascia**
Printed name

**Nardella & Nardella, PLLC**
Firm name

**135 W. Central Blvd**
**Suite 300**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **407-966-2680**     Email address   **pmascia@nardellalaw.com**

**489670 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sonavation, Inc** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 22, 2023**      X **/s/ Lisa Rhoads**
Signature of individual signing on behalf of debtor

**Lisa Rhoads**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sonavation, Inc |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chertoff Capital, LLC<br>1399 New York Ave, NW<br>Suite 1100<br>Washington, DC 20005 | | | | | | $112,521.39 |
| Cologix<br>1601 19th Street<br>Denver, CO 80202 | | | | | | $20,929.24 |
| Covington & Burlington, LLP<br>620 Eight Ave<br>New York, NY 10018 | | | | | | $25,024.00 |
| Crowe Harwath, LLP<br>401 E. Las Olas Blvd<br>Suite 1100<br>Fort Lauderdale, FL 33301 | | | | | | $14,687.50 |
| Fibernet Direct Florida, LLC<br>9250 W. Flagler St<br>Miami, FL 33174 | | Vendor | | | | $15,000.00 |
| Fraunhofer IZM/<br>Gustav-Meyer-Allee 25<br>Gebaude 17<br>13355 Berlin, Germany | | Vendor | | | | $15,569.85 |
| Globant LLC<br>875 Howard Street<br>Suite 320<br>San Francisco, CA 94103 | | | | | | $45,788.00 |

Debtor **Sonavation, Inc**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GrowthPoint Techology** 70 S. Park St San Francisco, CA 94107 | | **Vendor** | | | | $100,000.00 |
| **Ian C. Barrett** 1540 Harbour Side Drive Weston, FL 33326 | | **Money Loaned** | | | | $200,000.00 |
| **Jones, Judy** 801 US Hwy 1 North Palm Beach, FL 33408 | | **Wages** | | | | $40,000.00 |
| **Joseph Primock Trust dated 12.15.1998** 6409 East Ida Avenue Greenwood Village, CO 80111 | | **Money Loaned** | | | | $100,000.00 |
| **Kenneth J. Lukacher** 3136 S. Winton Road Suite #301 Rochester, NY 14623 | | **Legal Services** | | | | $84,720.71 |
| **Lineo Solutions** 1589 -1 Kitaono Shiojiri-Shi Nagano 339-0657 Japan | | **Vendor** | | | | $20,000.00 |
| **Lucille E. Weist & William C. Weist** 2715 NW 28th Street Boca Raton, FL 33434 | | **Money Loaned** | | | | $100,000.00 |
| **Pillsbury Winthrop Shaw Pittman Attn: Accounts Recievable** 333 Commerce St Ste. 1300 Nashville, TN 37201 | | **Legal Fees** | | | | $174,025.11 |
| **Schulte Roth & Zabel, LLP** 919 Third Ave New York, NY 10022 | | **Legal Fees** | | | | $54,234.00 |
| **Small business Admin** 409 3rd St., SW Washington, DC 20416 | | **PPP loan** | | | | $680,892.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Debtor **Sonavation, Inc**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Small business Admin** <br> **409 3rd St., SW** <br> **Washington, DC 20416** | | **PPP loan** | | | | $674,888.00 |
| **Timesys Corporation** <br> **1905 Boulevard of the Allies** <br> **Pittsburgh, PA 15219** | | **Vendor** | | | | $18,000.00 |
| **Walter A. Kennedy, III** <br> **7225 Governors Row** <br> **Charlotte, NC 28277** | | **Money Loaned** | | | | $50,000.00 |

AFCO Premium Credit, LLC
5600 N. River Road
4th FL
Columbia Centre 1
Rosemont, IL 60018


Altman Brothers LLC
8625 Burma Road
West Palm Beach, FL 33403


Amazon Web Services
2121 7th Ave
Seattle, WA 98121


Amazon Web Services
410 Terry Ave N
Seattle, WA 98109


AT&T
P.O. Box 10330
Fort Wayne, IN 46851


Chertoff Capital, LLC
1399 New York Ave, NW
Suite 1100
Washington, DC 20005


Chubb & Son
436 Walnut Street
Philadelphia, PA 19106


Cintas Corporation
c/o CT corporation System
8751 West Broward Blvd
Fort Lauderdale, FL 33324


Cogent Communications
Attn: Accounts Receivable
2450 N Street NW
Washington, DC 20037


Cologix
1601 19th Street
Denver, CO 80202

```
Covington & Burlington, LLP
620 Eight Ave
New York, NY 10018


Cross Match Technologies
c/o Dickstein Shapiro, LLP
Attn: Ira H. Polon, Esq.
1825 Eye Street, NW
Washington, DC 20006-5403


Cross Match Technologies Inc
Attn: Kathryn Hutton, Esq.
3950 RCA Blvd., Ste. 5001
Palm Beach Gardens, FL 33410


Crowe Harwath, LLP
401 E. Las Olas Blvd
Suite 1100
Fort Lauderdale, FL 33301


Culligan Water
13th Floor Fla Title Bldg
Jacksonville, FL 32202


Definiti
2201 Timberloch Place
Suite 150
Spring, TX 77380


Delo Industrial Adhesives
144 North Rd
Suite 2650
Sudbury, MA 01776


Denton Vacuum, LLC
1259 N. Church St
Bldg 3
Moorestown, NJ 08057


DLS Quality Management Inc.
108 Hallmore Dr
Camillus, NY 13031
```

Donald E. Nickelson
c/o Hogan Lovells
Attn: christopher R. Bryant
390 Madison Ave
New York, NY 10017


Fibernet Direct Florida, LLC
9250 W. Flagler St
Miami, FL 33174


Florida Dept of Health
4052 Bald Cypress Way
Bin A11
Tallahassee, FL 32399


Florida Power & Light
4200 W. Glagler Street
Miami, FL 33134


Fraunhofer IZFP
44792 Helm St
Plymouth, MI 48170


Fraunhofer IZM/
Gustav-Meyer-Allee 25
Gebaude 17
13355 Berlin, Germany


Globant LLC
875 Howard Street
Suite 320
San Francisco, CA 94103


Go Daddy
2155 East GoDaddy Way
Tempe, AZ 85284


Google, LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043


GrowthPoint Techology
70 S. Park St
San Francisco, CA 94107

```
Healthcare Investments, LLC
270 Munoz Rivera Ave
Mail Box 34
San Juan, Purto Rico 00918


Hogan Lovells US LLP
555 13st NW
Washington, DC 20004


I Drive
26115 Mureau Rd
Suite A
Calabasas, CA 91302


Ian C. Barrett
1540 Harbour Side Drive
Weston, FL 33326


Iron Mountain
One Federal Street
Boston, MA 02110


Johnson Controls/
Security Solutions
4200 Church St
Sanford, FL 32771


Jones, Judy
801 US Hwy 1
North Palm Beach, FL 33408


Joseph Primock
Trust dated 12.15.1998
6409 East Ida Avenue
Greenwood Village, CO 80111


JP Morgan Chase Bank
270 Park Ave
New York, NY 10172


Karl F. Weintz
63 Webster St
Newport, RI 02840
```

Kenneth J. Lukacher
3136 S. Winton Road
Suite #301
Rochester, NY 14623


Konica Minolta
Business Solutions
411 Neward Pompton Turnpike
Wayne, NJ 07470


Lineo Solutions
1589 -1 Kitaono
Shiojiri-Shi
Nagano 339-0657 Japan


Locke Lord, LLC
777 South Flagler Drive
Suite 215-E
West Palm Beach, FL 33401


Lucille E. Weist &
William C. Weist
2715 NW 28th Street
Boca Raton, FL 33434


Marlin Business Bank
2795 East Cottonwood Pkwy
Suite 120
Salt Lake City, UT 84121


Matheson Tri-Gas Inc.
909 Lake Carolyn Parkway
Suite 1300
Irving, TX 75039


McMaster-Carr
200 Aurora Industrial Pkwy
Aurora, OH 44202


MD Anderson Cancer Center
7225 Governors Row
Charlotte, NC 28277

New York Commissoner
of Labor
Building 12
W.A. Harriman Campus
Albany, NY 12226


New York State Dept. of
Taxation & Finance
One Centre Street
22nd Floor
New York, NY 10007


Nozzle Nolen Inc.
5400 Broadway
West Palm Beach, FL 33407


OnScale Inc
545 Dutch Valley Rd NE
Suite B
Atlanta, GA 30324


Pillsbury Winthrop
Shaw Pittman
Attn: Accounts Recievable
333 Commerce St Ste. 1300
Nashville, TN 37201


Pitney Bowes
Postage By Phone
1 Elmcroft Road
Stamford, CT 06926


Rhoads, Lisa M
475 W. 17st Street 1112
New York, NY 10011


Rutan & Tucker, LLP
18575 Jamboree Road
9th Floor
Irvine, CA 92612


Schulte Roth & Zabel, LLP
919 Third Ave
New York, NY 10022

```
Small business Admin
409 3rd St., SW
Washington, DC 20416


Soninvest, LLC
c/o Harvard Business Service
16192 Coastal Hwy
Lewes, DE 19958


TAW Power Systems Inc
6312 78th Street
Riverview, FL 33578


TAW Power Systems Inc
4372 LB McLeod Rd
Orlando, FL 32811


Timesys Corporation
1905 Boulevard of the Allies
Pittsburgh, PA 15219


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Urtech Manufacturing
6801 NW 15th Ave
Fort Lauderdale, FL 33309


VeriSilicon, Inc.
P.O. Box 1090
San Jose, CA 95002


Walter A. Kennedy, III
7225 Governors Row
Charlotte, NC 28277


Zoom Video Communications
55 Almaden Blvd
San Jose, CA 95113
```