UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

IN RE: : CHAPTER 11
:
SONAVATION, INC., : CASE NO. 23-13960-EPK
:
Debtor. :

## NOTICE OF CONTINUED §341 MEETING

NOTICE IS HEREBY GIVEN that the §341 meeting has been continued in the above matter to **10:00 a.m. on the 23rd day of June 2023**, VIA TELEPHONE

**CALL IN NUMBER: 1-866-774-1822
PARTICIPANT CODE: 4573853**

DATED: June 22, 2023

_____/s/_____
HEIDI A. FEINMAN
Assistant United States Trustee
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF RESET §341 MEETING** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

**Paul N Mascia**  pmascia@nardellalaw.com,  service@nardellalaw.com; klynch@nardellalaw.com

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 22nd day of June, 2023.

_____/s/_____
HEIDI A. FEINMAN
Assistant United States Trustee
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285